IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00266-D

UNITED STATES OF AMERICA      :
                              :
        v.                    :
                              :
AFRIES SANDONICAES MAHAM      :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a plea of guilty by
the defendant, AFRIES SANDONICAES MAHAM, on January 8, 2018 to
violations of 18 U.S.C. §§ 922(g)(1) and 924, and further evidence
of record and as presented by the Government, the Court finds that
the following personal property is hereby forfeitable pursuant to
18 U.S.C. § 924(d)(1), to wit, a Colt .38, model Police Positive,
revolver, serial no. 168934B and associated ammunition; and

WHEREAS, by virtue of said finding, the United States is now
entitled to possession of said personal property, pursuant to Fed.
R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.   That based upon the Guilty Plea as to the defendant,
AFRIES SANDONICAES MAHAM, the United States is hereby authorized
to seize the above-stated personal property, and it is hereby
forfeited to the United States for disposition in accordance with

1

the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This **20** day of _____May_____, 2018.

JAMES C. DEVER III
Chief United States District Judge